**Opinion issued April 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-22-00329-CV**

————————————

**EDUARDO AYALA, Appellant**

**V.**

**CITY OF MEADOWS PLACE, FORT BEND INDEPENDENT SCHOOL DISTRICT, FORT BEND COUNTY, FORT BEND COUNTY DRAINAGE DISTRICT, AND FORT BEND COUNTY GENERAL FUND, Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-287638**

---

**MEMORANDUM OPINION**

Appellant, Eduardo Ayala, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in

Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.